Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| CARLA R. DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-1206-MO |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | |
| JOANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The above named Plaintiff, through her respective attorney, made a Motion to Dismiss the above-entitled action in its entirety. Plaintiff's Motion To Dismiss is granted. This matter is hereby Dismissed in its entirety.

IT IS SO ORDERED.

DATED this 26th day of April, 2005

Michael W. Mosman
United States District Judge

ORDER TO DISMISS
Page 1